RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 30 2015

Abel Acosta, Clerk

April 27, 2015

Michael Gowan
701757
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Abel Acosta
Cler, Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711-2308

RE: PDR filed; Gowan v. State, No. 02-14-00347-CR (Ft. Worth)

Mr. Acosta:

Please provide me the number this Office assigned to my PDR in the above referenced appeal.

Please provide me a list of all judges currently sitting on this Court.

Thank you for your service and prompt response in this matter.

Sincerely,

Michael Gowan